**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**NATASHA S. COWANS**                                                                            **PLAINTIFF**

**V.**                                                                       **NO. 4:22-CV-111-DMB-JMV**

**GREER CONSTRUCTION, LLC, et al.**                                       **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 21st day of July, 2022.

                                                             **/s/Debra M. Brown**
                                                             **UNITED STATES DISTRICT JUDGE**