IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NATASHA S. COWANS                                             PLAINTIFF

VERSUS                                    CAUSE NO: 4:22-cv-111-MPM-JMV

GREER CONSTRUCTION, LLC, and
UNKNOWN JOHN DOE DEFENDANTS
ONE THROUGH TEN                                              DEFENDANTS

---

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO ALL PARTIES

---

THIS CAUSE having come before the Court this day on joint ore tenus motion of

the Plaintiff, Natasha Cowans, and the Defendant, Greer Construction, LLC, for a

dismissal with prejudice as to all parties named and/or identified in the Complaint, and, it

having been made known to the Court that the Plaintiff has agreed to dismiss with

prejudice the above-styled and numbered cause of action in its entirety, the Court finds

that said motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that the above-styled and

numbered cause in its entirety be, and it is hereby dismissed with prejudice as to all

parties named and/or identified, with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the _21st_ day of _November_,

2022.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

M. Blake Harthcock (MSB# 105821) by JCC
Frank H. Shaw, Jr. (MSB# 6743)
*Attorneys for Plaintiff*

Lynda C. Carter (MSB# 99539)
*Attorney for Defendant*

2